PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Suite 150
Hurst, TX 76054
Phone (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

CASE NO.: 24-41622-MXM-13

ANTHONY LOYD ROPER
512 W BALL ST
WEATHERFORD, TX 76132
PARKER-TX
SSN / ITIN: XXX-XX-5644

ELIZABETH ANNE ROPER
512 W BALL STREET
WEATHERFORD, TX 76086
PARKER-TX
SSN / ITIN: XXX-XX-0170
FKA ELIZABERH ANNE BODDIE

DEBTOR(S)

### TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. 1302(c)

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. 1302(c). Trustee would respectfully show the Court:

1. Name of business: Roper Pool Care & Repair.

2. Location of business: Azle, Texas.

3. Type of business: swimming pool maintenance and repair.

4. Type of business entity: sole proprietorship.

5. Business license required and current: not required.

6. Business insurance current: yes.

7. All required federal tax returns have been filed: yes.
If no, list unfiled returns: N/A.

8. Debtor obtains trade credit in the operation of the business: no.

9. Number of employees or contract laborers (excluding family members): five.

10. The result of the Trustee's investigation pursuant to 11 U.S.C. 1106(a) is summarized in Exhibit I.

Dated this 17th day of July 2024.

_____
Pam Bassel
Chapter 13 Standing Trustee

EXHIBIT I

|  | Tax Year 2023 | Monthly Average | P & L 6 months 6-2024 | Monthly Average | Schedule I & J | CMI |
|---|---|---|---|---|---|---|
| Gross Income | 692,097 | 57,675 | 448,604 | 74,767 | 6,183 | 56,892 |
| Less Cost of Goods Sold |  |  |  |  |  |  |
| Gross Profit | 692,097 | 57,675 | 448,604 | 74,767 | 6,183 | 56,892 |
| Less Business Expenses | 668,045 | 55,670 | 384,521 | 64,087 |  | 51,482 |
| **Net Profit** | 24,052 | 2,004 | 64,083 | 10,680 | 6,183 | 5,410 |
| Plus Paid to Owner |  |  | [1]9,500 | 1,583 |  |  |
| Plus Depreciation | 800 | 67 |  |  |  |  |
| Plus Other Income |  |  |  |  |  |  |
| Total Before Tax Income | 24,852 | 2,071 | 73,583 | 12,264 | 6,183 | 5,410 |
| Less Income & SE Taxes | 3,398 | 283 |  |  |  |  |
| Net After Tax Income | 21,454 | 1,788 | 73,583 | 12,264 | 6,183 | 5,410 |

    Mr. Roper has been in the pool maintenance business for twenty-nine years. The company was profitable in 2023. It continued to be profitable during the six-month period ending in June 2024. The profit actually earned exceeds that shown in the bankruptcy schedules. The budget does not include any amount for income and self-employment taxes but the taxes have been set aside as reflected in the profit and loss statement. Estimated tax payments have been made.

    It is the opinion of the Trustee pursuant to 11 U.S.C. 1302(c) and 1106(a), based upon the financial data furnished by the debtor, that the debtor's business is viable, the continuance of the business is desirable and **the plan is feasible**. The Trustee is not aware of any facts pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the debtor, or of a cause of action available to the estate.

---

[1] Savings for income and self-employment taxes.