**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 24-41622-MXM-13 |

**ANTHONY LOYD ROPER**
    512 W BALL ST
    WEATHERFORD, TX 76086
    SSN/TIN: XXX-XX-5644

**ELIZABETH ANNE ROPER**
    AKA: ELIZABERH ANNE BODDIE
    512 W BALL ST
    WEATHERFORD, TX 76086
    SSN/TIN: XXX-XX-0170

| | |
|---|---|
| **DEBTORS** | **HEARING: AUGUST 15, 2024 AT 8:30 AM** |

<u>**TRUSTEE'S MOTION TO DISMISS CASE FOR CAUSE AND NOTICE OF HEARING**</u>

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

    NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Motion to Dismiss Case for Cause under 11 U.S.C. § 1307 and Fed. R. Bank. P. 9014. Trustee would respectfully show the Court:

1. The Court has jurisdiction, and this is a core proceeding. [1]

2. This case should be dismissed under § 1307 because the delay in confirming Debtors' Chapter 13 Plan is unreasonable and prejudicial to creditors.

    WHEREFORE, Trustee prays that Trustee's Motion to Dismiss Case for Cause be GRANTED and for general relief

                                        Respectfully submitted,

By:   /s/ Ethan S. Cartwright
        Ethan S. Cartwright, Staff Attorney
        Bar No. 24068273
        PAM BASSEL STANDING CHAPTER 13 TRUSTEE
        Bar No. 01344800
        860 Airport Freeway, Ste 150
        Hurst, TX 76054
        (817) 916-4710 Phone

---

[1] 11 U.S.C. § 105 & 28 U.S.C. §§ 157(b) & 1334

## NOTICE OF HEARING

This matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, Tx 76102-3643 with a hearing following docket call. YOU DO NOT HAVE TO ATTEND THE HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE.

**Attend by WebEx Video:**

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone:**

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

## CERTIFICATE OF SERVICE

I certify that a true and copy of the foregoing was served on or before the date of fling. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

ANTHONY LOYD ROPER
ELIZABETH ANNE ROPER
512 W Ball St
Weatherford, TX 76086