**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 24-41622-MXM-13 |

**ANTHONY LOYD ROPER**
    512 W BALL ST
    WEATHERFORD, TX 76086
    SSN/TIN: XXX-XX-5644

**ELIZABETH ANNE ROPER**
    ELIZABERH ANNE BODDIE
    512 W BALL ST
    WEATHERFORD, TX 76086
    SSN/TIN: XXX-XX-0170

**DEBTORS**            HEARING: NOVEMBER 21, 2024 at 8:30 AM

## NOTICE OF CONTINUED HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

A previously scheduled hearing for this matter has been continued.

          Respectfully submitted,

By:   /s/ Ethan S. Cartwright
      Ethan S. Cartwright, Staff Attorney
      Bar No. 24068273
      PAM BASSEL STANDING CHAPTER 13 TRUSTEE
      Bar No. 01344800
      860 Airport Freeway, Ste 150
      Hurst, TX 76054
      (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
      Ethan S. Cartwright

ANTHONY LOYD ROPER
ELIZABETH ANNE ROPER
512 W BALL ST
WEATHERFORD, TX 76086